

Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue
San Frnasico, CA 94102


                    August 6, 2008


RE: <u>Hernandez v. Wilner</u>, Case No. CV08-3509-CW.

Subject: Request to Dismiss Proceeding.

Clerk of the Court:

     Iam the petitioner in the above captioned petition for a
writ of habeas corpus.  I just discovered that I filed my
petition in the wrong court.  Both I, and the respondent J.M.
Wilner, Warden at FCI-Florence, are located in the District of
<u>Colorado</u>.  As a result, the United States District Court for
the Northern District of California lacks jurisdiction to hear
my claims.

     Accordingly, I request that the court dismiss the above
captioned matter without prejudice to allow me to bring my
claim in the proper jurisdiction. (The District of Colorado).

     If you have any questions concerning this request, please
feel free to contact me at the address below.

     Thank you for your anticipated assistance in this matter.


Yours Truly,

_Jose L. Sanchez Her._

Jose L. Sanchez-Hernandez
US Marshall No. 06406-046
FCI-Florence
P.O. Box 6000
Florence, CO 81226-6000


cc: file

Name   Jose L. Sanchez, Hernandez

Reg. No.   Reg. ID#06405-046

Federal Correctional Institution

P.O. Box 6000

Florence, CO 81226-6000

FCI FLORENCE CO METRO

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, California 94102

Official business