IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SANCHEZ-HERNANDEZ,<br><br>    Petitioner,<br><br>  v.<br><br>J.M. WILNER,<br><br>    Respondent.                / | No. C 08-03509 CW (PR)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION |

    Pursuant to the notice of voluntary dismissal of this action filed by Petitioner on August 11, 2008, this action is terminated. See Fed. R. Civ. P. 41(a)(1); Hamilton v. Shearson-Lehman American Exp. Inc., 813 F.2d 1532, 1534-1536 (9th Cir. 1987) (Rule 41(a)(1)(I) does not require leave of court to dismiss the action). The dismissal is without prejudice. See Fed. R. Civ. P. 41(a)(1) (unless the notice of dismissal states otherwise, it is deemed to be "without prejudice"); Humphreys v. United States, 272 F.2d 411, 412 (9th Cir. 1959).

    The Clerk of the Court shall close the file. All pending motions are terminated.

    IT IS SO ORDERED.

Dated: 9/18/08

                                      CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS SANCHEZ-HERNANDEZ,

    Plaintiff,

v.

J.M. WILNER et al,

    Defendant.

Case Number: CV08-03509 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Luis Sanchez-Hernandez 06405-046
FCI-Florence
P.O. Box 6000
Florence, CO 81226-6000

Dated: September 18, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk